IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Superior Bulk Logistics, Inc., d/b/a Carry Transit,<br><br>       Plaintiff,<br><br>    v.<br><br>Tank Cleaning Technology, LLC, Patrick B. Lynch,<br><br>       Defendants. | 2:11-cv-2282-GEB-KJN<br><br>ORDER DENYING APPLICATION FOR RIGHT TO ATTACH ORDER AND FOR ISSUANCE OF WRIT OF ATTACHMENT[*] |

        Plaintiff filed an application and supporting memorandum for a right to attach order and writ of attachment on September 12, 2011, in which Plaintiff requested and was granted an expedited briefing schedule and hearing date on the application. (See ECF Nos. 8, 9, 12, 18.)

        Plaintiff has not provided in the application a description of Defendant's property which is attachable in California. Defendant is "a Mississippi limited liability company with a principal place of business at 3664 Highway 82 West, Maben, Mississippi." (Compl. ¶ 2.) Plaintiff's application provides only vague assertions that Plaintiff seeks to attach all of Defendant's property in California. (See Mem. 8:13-14, 9:4-5; Prop. Order 2:17-23.) These vague assertions do not meet the requirements of California Code of Civil Procedure Section 484.020(e)

---

    [*]    This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

which prescribes that an application must contain a "description of the property to be attached under the writ of attachment." A writ cannot issue if there is no direction from Plaintiff concerning what property Plaintiff seeks to attach, because it cannot be determined whether a "method of levy [has been] provided by Article 2 . . . of Chapter 8" for the property, which would render it attachable. Cal. Code Civ. Proc. § 487.010.

Therefore, Plaintiff's application for right to attach order and for issuance of writ of attachment is DENIED and the hearing on the application, scheduled for Friday, September 23, 2011 at 1:30 p.m. is vacated.

Dated:   September 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2